FILED
2019 SEP 12 PM 12:09

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 19 CR 645 (SDNY) |
| v. | 19 MJ03828 |
| JEFFREY N. CROSSLAND | AFFIDAVIT RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __INDICTMENT__
in the __SOUTHERN__ District of __NEW YORK__ on __9/5/19__
at _____ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about __9/2019__
in violation of Title __18__ U.S.C., Section(s) __1349 (WIRE FRAUD)__
to wit: __WIRE FRAUD CONSPIRACY__

A warrant for defendant's arrest was issued by: __MAGISTRATE JUDGE LISA SMITH__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __9/12/19__, by
_____, Deputy Clerk.

_____
Signature of Agent

Greg Chiozzi
Print Name of Agent

US Postal Inspection Service
Agency

US Postal Inspector
Title

CR-52 (05/98)  AFFIDAVIT RE OUT-OF-DISTRICT WARRANT